Steinberg, Fineo, Berger &
Fischoff, P.C.
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Gary C. Fischoff, Esq.
40 Crossways Park Drive
Woodbury, New York 11797
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

In re:                                                    Chapter 11

     CATERING BOSS, INC.,                        Case No.

                         **AFFIDAVIT PURSUANT**

           Debtor.                        **TO RULE 1007-4**

---------------------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF NASSAU ) ss.;

     Jeffrey Grossfeld, being duly sworn, deposes and says:

     1.    I am the president of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

     2.    The debtor is filing contemporaneously herewith, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

     3.    There are no prior bankruptcy case filings by this Debtor. There is a related bankruptcy case, Mayfair Bagels, Inc., to be filed simultaneously with this case filing.

     4.    The Debtor is a New York corporation. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934. All

stock issued and outstanding is common stock of one class, 100% held by Jeffrey Grossfeld.

5. The Debtor is not a small business within the meaning of Bankruptcy Code Section 101(51D) and is in the retail bagel business with its principal assets located at 10 Mayfair Shopping Center, Commack, New York 11725. The Debtor's filing of Chapter 11 was, in substantial part, precipitated by a tightening cash flow caused by a confluence of factors including increasing costs of raw materials, such as flour, as well as stagnation of sales revenues.

6. There is no pre-petition creditors committee.

7. Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

8. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity.

9. There are no actions pending by the Debtor. In the action *Islandwide Food Service, Inc. v Debtor*, Index no. 11/000054, an Arbitration Award dated 03/23/11 was filed with the Clerk of the First District Court at Ronkonkoma, State of New York, Countuy of Suffolk on April 8, 2011.

10. The Debtor's assets have been included on the Debtor's Schedule B - Personal

Property, filed simultaneously herewith.

11. The debtor's assets and liabilities have been included on the debtor's Schedules which are being filed simultaneously herewith.

Sworn to before me this
17 day of April, 2011

CATERING BOSS, INC.

_____
Notary Public

_____
By: Jeffrey Grossfeld, President

**GARY C. FISCHOFF**
**Notary Public, State of New York**
**No. 02FI4845533**
**Qualified in Nassau County**
**Commission Expires January 31, 2014**