UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
`BANKRUPTCY RULE 1073-2(b)

DEBTOR: CATERING BOSS, INC.    CASE NO.:_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. §101(2); (iv) are general partners in the same partnership; (v) arc a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. §541(a).]

[ ]    NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

[ X ]  THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.     CASE NO._____ JUDGE:_____    DISTRICT/DIVISION _____

       CASE STILL PENDING (Y/N)____    [If closed] Date of closing: _____

       CURRENT STATUS OF RELATED CASE:   To be filed simultaneously_____
                                         (Discharged/awaiting discharge, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

2.     CASE NO. _____    JUDGE: _____  DISTRICT/DIVISION_____

       CASE STILL PENDING (Y/N) ___    [If closed] Date of closing: _____

       CURRENT STATUS OF RELATED CASE: _____
                                       (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3.     CASE NO:_____   JUDGE: _____  DISTRICT/DIVISION: _____

       CASE STILL PENDING (Y/N)__    [If closed] Date of closing: _____

       CURRENT STATUS OF RELATED CASE: _____
                                       (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: , _____DISCLOSURE OF RELATED CASES (cont'd)

4. CASE NO: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE STILL PENDING (Y/N): ___ [If closed] Date of closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE_____

*NOTE:* Pursuant to 11 U.S.C. §109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

S/ Heath S. Berger                          _____
Signature of Debtor's Attorney              Signature of Pro Se Debtor/Petitioner

                                            _____
                                            Mailing Address of Debtor/Petitioner

                                            _____
                                            City, State, Zip Code

                                            _____
                                            Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

R - .06/16/99

*F:\docs\Dawn\Dawn\1073.wpd*